**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

HOUWELING INTELLECTUAL
PROPERTIES, INC., a Delaware Corporation,

      Plaintiff,

  v.

 RICHEL GROUP,

      Defendant.

Civil Action No.  1:22-cv-06003
Honorable Joan B. Gottschall

**SCHEDULING ORDER**

Pursuant to the parties' agreement in the Joint Initial Status Report (Dkt. 29), the parties

have provided an amended proposed discovery schedule taking into account the Court's February

9, 2023 Order (Dkt. 30).  The Court, having considered the parties' submissions, hereby sets the

following scheduling order – consisting of the amended deadlines below – pursuant to Rule 16(b):

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Answer or Other Response to Complaint | February 15, 2023 | March 17, 2023 |
| Joint Scheduling Order (LPR 1.2) | February 8, 2023 | February 16, 2023 |
| Initial Disclosures of Both Parties (LPR 2.1) | March 1, 2023 (14 days After Answer or other Responsive Pleading) | March 31, 2023 (14 days After Answer or other Responsive Pleading) |
| Commencement of Fact Discovery (LPR 1.3) | March 1, 2023 (14 days After Answer or other Responsive Pleading) | March 31, 2023 (14 days After Answer or other Responsive Pleading) |

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Initial Infringement Contentions (LPR 2.2) | March 15, 2023 (14 days After Initial Disclosures) | April 14, 2023 (14 days After Initial Disclosures) |
| Initial Non-Infringement, Unenforceability and Invalidity Contentions (LPR 2.3) | March 29, 2023 (14 days After Initial Infringement Contentions) | April 28, 2023 (14 days After Initial Infringement Contentions) |
| Initial Response To Invalidity Contentions (LPR 2.5) | April 12, 2023 (14 days After Initial Non-infringement and Invalidity Contentions) | May 12, 2023 (14 days After Initial Non-infringement and Invalidity Contentions) |
| Final Infringement, Unenforceability and Invalidity Contentions (LPR 3.1) | August 9, 2023 (21 weeks After Initial Infringement Contentions) | September 8, 2023 (21 weeks After Initial Infringement Contentions) |
| Final Non-infringement, Enforceability and Validity Contentions (LPR 3.2) | August 8, 2023 (28 days After Final Infringement Contentions) | October 6, 2023 (28 days After Final Infringement Contentions) |
| Exchange of Claim Terms Needing Construction and Proposed Construction (LPR 4.1) | September 6, 2023 (14 days After Final Non-infringement Contentions) | October 20, 2023 (14 days After Final Non-infringement Contentions) |
| Opening Claim Construction Brief (LPR 4.2(a)) | October 11, 2023 (35 days After Exchange of Claims Terms) | December 1, 2023 (42 days After Exchange of Claims Terms) |
| Responsive Claim Construction Brief (LPR 4.2(c)) | November 8, 2023 (28 days After Opening Claim Construction Brief) | December 29, 2023 (28 days After Opening Claim Construction Brief) |
| Reply Claim Construction Brief (LPR 4.2(d), adjusted by 7 additional days) | November 22, 2023 (14 days After Responsive Claim Construction Briefs) | January 19, 2024 (21 days After Responsive Claim Construction Briefs) |

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Joint Claim Construction Chart (LPR 4.2(f)) | November 29, 2023 (7 days After Reply Claim Construction Brief) | January 26, 2024 (7 days After Reply Claim Construction Brief) |
| Claim Construction Hearing (LPR 4.3) | TBD | TBD |
| Claim Construction Ruling | TBD | TBD |
| Close of Fact Discovery (LPR 1.3) | TBD (28 days After the Exchange of Claim Construction Terms or 42 days After Claim Construction Ruling (with leave of court)) | TBD (28 days After the Exchange of Claim Construction Terms or 42 days After Claim Construction Ruling (with leave of court)) |
| Expert Reports of Parties with Burden of Proof (LPR 5.1(b)) | TBD (Later of 28 Days After the Claim Construction Ruling or the Close of Fact Discovery) | TBD (Later of 28 Days After the Claim Construction Ruling or the Close of Fact Discovery) |
| Rebuttal Expert Reports (LPR 5.1(c)) | TBD (28 days After Initial Expert Reports) | TBD (28 days After Initial Expert Reports) |
| Completion of Expert Witness Depositions (LPR 5.2) | TBD (28 days After Rebuttal Expert Reports) | TBD (28 days After Rebuttal Expert Reports) |
| Final Day for Filing Dispositive Motions (LPR 6.1) | TBD (28 days After Close of Expert Discovery) | TBD (28 days After Close of Expert Discovery) |

Dated: February 16, 2023

_____/s/_____
Joan B. Gottschall
United States District Judge